# Third District Court of Appeal

## State of Florida

Opinion filed May 19, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1043
Lower Tribunal No. F15-21639
_____

**Cesar Foteiza**,
Appellant,

vs.

**The State of Florida**,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Andrea R. Wolfson, Judge.

Cesar Foteiza, in proper person.

Ashley Moody, Attorney General, and Ivy R. Ginsberg, Assistant Attorney General, for appellee.

Before FERNANDEZ, SCALES, and GORDO, JJ.

PER CURIAM.

Affirmed.